70,616-05

February 5, 2015

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas    78711

Trenton Le Troy Jackson
McConnell Unit-TDCJ # 1231590
3001 S. Emily Drive
Beeville, Texas. 78102

Re: Jackson, Trenton Le Troy
C.C.A. No. WR.70,616-05
Trial Court Case No. 981891-B

Dear Honorable Clerk,

I am requesting a Copy of this Court's Docket Sheet showing any and all filings by the Applicant and the State.

Thank you for all your time and kind assistance.

Sincerely,

Trenton Le Troy Jackson
Trenton Le Troy Jackson

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 09 2015
Abel Acosta, Clerk